UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO. 3:11-cr-00161 |
| | ) CHIEF JUDGE HAYNES |
| ROGER RANDALL PINKELTON | ) |

GOVERNMENT'S REQUEST FOR STATUS HEARING
RE DEFENDANT'S POSITION ON TRIAL

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests this Court set a hearing in the above styled case to determine the status of the case and set the case for trial if needed. Defense counsel has a busy trial schedule for the next three weeks, and has requested that the hearing not be set during that time period. Wherefore, the government requests that the status hearing be set for a day in mid to late August.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically to Ray McGowan, attorney for defendant, on this, the 16th day of July, 2013.

s/ S. Carran Daughtrey
S. Carran Daughtrey